UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -                                    INFORMATION

SYED RAZA,                                06 Cr. ____

           Defendant.                     **06 CRIM. 901**

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

In or around 2006, in the Southern District of New York and elsewhere, SYED RAZA, the defendant, unlawfully and knowingly did introduce and deliver for introduction into interstate commerce a drug, device and cosmetic that was adulterated and misbranded, to wit, RAZA made numerous shipments of counterfeit Trojan-brand condoms from his New York business to retailers in Texas.

(Title 21, United States Code, Section 331(a) & 333(a)(1).)

*Michael Garcia*
_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 29 2006